UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIE MCEWEN, | 2:09-CV-02173-PMP-LRL |
| Plaintiff, | |
| v. | **O R D E R** |
| ACCELERATED COMMERCIAL CONSULTANTS, FRANK ULBRIGHT, TERRY PRITCHETT, and MARK MASTRANGELO, | |
| Defendants. | |

The Court having read and considered Defendant Accelerated Commercial Consultant's fully briefed Motion to Set Aside Default (Doc. #34), and Plaintiff's Praecipe for Default Against Defendant Accelerated Commercial Consultants (Doc. #19), and further considering the arguments presented at the hearing conducted April 19, 2010, and good cause appearing,

The Court finds that Defendant Accelerated Commercial Consultants Motion to Set Aside Default (Doc. #34) should be granted.  Specifically, the Court finds that although the principals of Defendant Accelerated, Frank Ulbright and Terry Pritchett, may have been negligent in failing to insure that an answer to Plaintiff's Complaint was filed by counsel on behalf of Defendant Accelerated, their conduct was not "culpable."  Moreover, although Defendant Accelerated's explanation as to a meritorious defense arguably is tenuious, the Court concludes this action should be decided on its merits.

**IT IS THEREFORE ORDERED that** Defendant Accelerated Commercial Consultant's Motion to Set Aside Default (Doc. #34) is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff Julie McEwen's Praecipe for Default Judgment Against Accelerated Commercial Consultants (Doc. #19) is **DENIED**.

DATED: April 19, 2010.

_____
PHILIP M. PRO
United States District Judge