UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIE McEWEN, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs | ) Case # 2:09-CV-2173-PMP-VCF |
| | ) |
| ACCELERATED COMMERCIAL CONSULTANTS, a Nevada Corporation FRANK ULBRIGHT, TERRY PRITCHETT, and MARK MASTRANGELO, individually, | ) ) ) ORDER REFERRING CASE FOR ) SETTLEMENT CONFERENCE ) |
| Defendant(s). | ) |

This case is currently stacked on the calendar on **Tuesday, September 25, 2012**, for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Vincent C. Ferenbach** for a settlement conference.

DATED this 4th day of June, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE