UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIE McEWEN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs ) | Case # 2:09-CV-2173-PMP-VCF |
| ) | |
| ACCELERATED COMMERCIAL ) | |
| CONSULTANTS, a Nevada Corporation) | |
| FRANK ULBRIGHT, TERRY ) | ORDER REFERRING CASE FOR |
| PRITCHETT, and MARK ) | SETTLEMENT CONFERENCE |
| MASTRANGELO, individually, ) | |
| ) | |
| Defendant(s). ) | |

This case is currently stacked on the calendar on **Tuesday, September 25, 2012**, for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Vincent C. Ferenbach** for a settlement conference.

DATED this 4th day of June, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE