# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JULIE MCEWEN, | 2:09-cv-02173-PMP-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| ACCELERATED COMMERCIAL CONSULTANTS, *et al.,* | |
| Defendants. | |

The Court has been informed that Plaintiff Julie McEwen and Defendant Mark Mastrangelo have reached a settlement agreement.

IT IS HEREBY ORDERED that Plaintiff McEwen and Defendant Mastrangelo must file a Stipulation for Dismissal on or before October 19, 2012.

IT IS FURTHER ORDERED that the settlement conference scheduled for Friday, September 14, 2012 at 11:00 a.m. is vacated.

DATED this 13th day of September, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE