**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JULIE McEWEN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-CV-2173-PMP-VCF |
| | ) | |
| vs. | ) | |
| | ) | |
| ACCELERATED COMMERCIAL | ) | |
| CONSULTANTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court for consideration is Plaintiff's Motion for Summary Judgment against Defendants Frank Ulbright and Terry Pritchett [171]. Defendants Ulbright and Pritchett have failed to respond to Plaintiff's Motion and also have failed to comply with other recent orders of this Court. Additionally, a review of Plaintiff's Motion for Summary Judgment shows she is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Summary Judgment [171] is **GRANTED** and that the Clerk of Court shall forthwith enter Judgment in favor of Plaintiff and against Defendants Frank Ulbright and Terry Pritchett.

Dated this 12th day of October, 2012

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE