UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE McEWEN,<br><br>       Plaintiff,<br><br>vs.<br><br>ACCELERATED COMMERCIAL<br>CONSULTANTS, et al.,<br><br>       Defendants. | 2:09-CV-2173-PMP-VCF |

### ORDER

Before the Court for consideration is Plaintiff's Motion for Summary Judgment against Defendants Frank Ulbright and Terry Pritchett [171]. Defendants Ulbright and Pritchett have failed to respond to Plaintiff's Motion and also have failed to comply with other recent orders of this Court. Additionally, a review of Plaintiff's Motion for Summary Judgment shows she is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Summary Judgment [171] is **GRANTED** and that the Clerk of Court shall forthwith enter Judgment in favor of Plaintiff and against Defendants Frank Ulbright and Terry Pritchett.

Dated this 12th day of October, 2012

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE