**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JULIE MCEWEN, | 2:09-cv-02173-PMP-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| ACCELERATED COMMERCIAL CONSULTANTS, *et al.*, | |
| Defendants. | |

Before the Court is *Julie McEwen v. Accelerated Consultants*, case no. 2:09-cv-02173-PMP-VCF. The Court held a status hearing on October 15, 2012 at 9:30 a.m. Defendant Frank Ulbright did not appear in person or as ordered, telephonically.

On September 26, 2012, the Court found that defendant Frank Ulbright is in criminal contempt pursuant to 28 U.S.C. §636(e) and is sanctioned $1,000.00 for failing to comply with court orders. The check was to be deposited with the Court on or before October 9, 2012. (#177). The Court also scheduled a status hearing for October 15, 2012 at 9:30 a.m. and Defendant Ulbright was ordered to appear telephonically. *Id.* On October 12, 2012, Plaintiff's Motion for Summary Judgment (#172) was granted and the Clerk of Court entered a Judgment in favor of Plaintiff and against Defendants Frank Ulbright and Terry Pritchett. (#182 and #183). On October 15, 2012, the Clerk of Court entered an Amended Judgment in favor of Plaintiff and against Defendants Ulbright and Pritchett in the amount of $4,178,137.24. In light of the Amended Judgment, entered in favor of Plaintiff and against Defendants Ulbright and Pritchett in the amount of $4,178,137.24,

1       IT IS HEREBY ORDERED that the $1,000 sanction against Defendant Ulbright, as ordered on

2 September 26, 2012 (#177), is VACATED.

3       DATED this 16th day of October, 2012.

                                                                             _____

                                                                             CAM FERENBACH
                                                                             UNITED STATES MAGISTRATE JUDGE