UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| JULIE MCEWEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:09-CV-02173-PMP-LRL |
| ACCELERATED COMMERCIAL CONSULTANTS, FRANK ULBRIGHT, TERRY PRITCHETT, and MARK MASTRANGELO, | ) | O R D E R |
| Defendants. | ) | |

IT IS ORDERED that the parties shall file a status report on any remaining claims against Defendant Accelerated Commercial Consultants on or before November 2, 2012.

DATED: October 24, 2012

_____
PHILIP M. PRO
United States District Judge