UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JULIE MCEWEN,

        Plaintiff,

  v.

ACCELERATED COMMERCIAL
CONSULTANTS, FRANK ULBRIGHT,
TERRY PRITCHETT, and MARK
MASTRANGELO,

        Defendants.

2:09-CV-02173-PMP-LRL

O R D E R

IT IS ORDERED that the parties shall file a status report on any remaining claims against Defendant Accelerated Commercial Consultants on or before November 2, 2012.

DATED: October 24, 2012

_____
PHILIP M. PRO
United States District Judge