UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JULIE MCEWEN,

    Plaintiff,

v.

ACCELERATED COMMERCIAL CONSULTANTS, FRANK ULBRIGHT, TERRY PRITCHETT, and MARK MASTRANGELO,

    Defendants.

2:09-CV-02173-PMP-LRL

O R D E R

    IT IS ORDERED that Plaintiff's Motion to Dismiss Defendant Accelerated Commercial Consultants Without Prejudice (Doc. #194) is hereby GRANTED.

    IT IS FURTHER ORDERED that the calendar call set for November 14, 2012 and the trial set for November 20, 2012 are hereby VACATED.

DATED: October 31, 2012

                                       PHILIP M. PRO
                                       United States District Judge