UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JULIE MCEWEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:09-CV-02173-PMP-LRL |
| ACCELERATED COMMERCIAL CONSULTANTS, FRANK ULBRIGHT, TERRY PRITCHETT, and MARK MASTRANGELO, | ) ) ) ) ) ) | O R D E R |
| Defendants. | ) ) | |

IT IS ORDERED that Plaintiff's Motion to Dismiss Defendant Accelerated Commercial Consultants Without Prejudice (Doc. #194) is hereby GRANTED.

IT IS FURTHER ORDERED that the calendar call set for November 14, 2012 and the trial set for November 20, 2012 are hereby VACATED.

DATED: October 31, 2012

_____
PHILIP M. PRO
United States District Judge